Bliss and Others *v.* Lane and Another.

APPEAL from the *Shelby* Common Pleas.

*Per Curiam.*—Judgment by default.   No motion interposed in the Court below.

The judgment is affirmed, with two per cent. damages and costs.

*S. Major*, for the appellants.

*Davis, Wright & Green*, for the appellees.